No. 74–218. DIVINE, SHERIFF *v.* AMATO. Appeal from C. A. 7th Cir. Judgment vacated and case remanded for further consideration in light of *Hamling* v. *United States,* 418 U. S. 87 (1974), and the decision of the Supreme Court of Wisconsin in *State ex rel. Chobot* v. *Circuit Court,* 61 Wis. 2d 354, 212 N. W. 2d 690 (1973). MR. JUSTICE DOUGLAS, being of the view that any state or federal ban on, or regulation of, obscenity is prohibited by the Constitution, *Roth* v. *United States,* 354 U. S.

476, 508–514 (DOUGLAS, J., dissenting); *Miller* v. *California,* 413 U. S. 15, 42–47 (DOUGLAS, J., dissenting); *Paris Adult Theatre I* v. *Slaton,* 413 U. S. 49, 70–73 (DOUGLAS, J., dissenting), and that the Constitution prohibits retroactive application of judicially improvised obscenity standards, *Miller* v. *California, supra,* at 37–42, would affirm the judgment below. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would affirm the judgment.